# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

---

MARY PROVENCE,                                              **Civil File No. 11-2141**

         Plaintiff,

vs.                                                                 **STIPULATION OF DISMISSAL**
                                                                                    **WITH PREJUDICE**

ALW SOURCING, LLC,

         Defendant.

---

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Mary Provence, and the defendant, ALW Sourcing, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                                Respectfully submitted,

Dated:  August 1, 2011                  By /s/J. Mark Meinhardt
                                                    J. Mark Meinhardt #20245
                                                    4707 College Boulevard, Suite 100
                                                    Leawood, KS  66211
                                                    (913) 451-9797
                                                    (913) 451-6163 (fax)
                                                    ATTORNEY FOR PLAINTIFF

Dated:  August 1, 2011                  By /s/Richmond M. Enochs
                                                    Richmond M. Enochs, #05972
                                                    Paul Croker, #21627
                                                    Wallace, Saunders, Austin, Brown & Enochs
                                                    10111 West 87th Street
                                                    Overland Park, KS 66212
                                                    (913) 888-1000
                                                    (913) 888-1065 (fax)
                                                    ATTORNEY FOR DEFENDANT